FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 0 9 2004

Robert M. March
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ADAM WADE CHANDLER, )<br>a/k/a ADAM W. CHANDLER, )<br>)<br>Defendant. ) | CIVIL NO.03-0829 WDS/LFG |

## STIPULATED CONSENT JUDGMENT

This matter coming on before the Court at this time, the Court being informed in the premises, defendant, (''Defendant''), having been served with Plaintiff's Complaint by first class mail on July 16, 2003, as shown on Notice of Lawsuit and Request for Waiver of Summons and Complaint on file in this case, and it appearing to the Court that the parties agree and consent to a judgment as set forth herein,

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff, United States of America have and recover judgment against the defendant, Adam Wade Chandler, in the amount of $25,000.00, plus interest at the rate 1.35% per annum from the date of judgment until said judgment is paid in full, together with lien costs in the amount of $9.00, and such other and further relief as to the Court may seem just and proper. The $25,000.00 shall be

payable as follows:

1. The Defendant, Adam Wade Chandler, shall pay the government on or before February 1, 2004 a lump sum payment of $5,000.00.

2. The Defendant, Adam Wade Chandler, shall pay the government sixty (60) monthly installment payments due on or before the first of each month in the amount of $264.39 as shown on the amortization schedule attached hereto as Exhibit A, beginning March 1, 2004. The government shall apply the monthly payments first to accrued interest, and then to reduction of the principal amount of the debt.

3. The Defendant, Adam Wade Chandler, shall pay on or before March 1, 2009 a final balloon payment of all sums remaining due on this judgment.

4. If the Defendant, Adam Wade Chandler, fails to make any payment at the time and in the amount provided for in this judgment, and does not cure such failure within fifteen days after written notice to the last known address of the Defendant from the government, the government may declare the entire remaining balance on the judgment immediately due and payable, enforce the lien and take any other lawful action to enforce the judgment.

5. The Defendant's payments shall be in the form of cashier's check, or bank or postal money order, made payable to the U.S. Department of Justice, U.S. Attorney's Office, P.O. Box 607,

Albuquerque, New Mexico  87103.

6.  The Defendant shall provide the government with written notice of any change of address and shall completely and accurately fill out an OBD-500, Department of Justice Financial Statement of Debtor, on a yearly basis until this indebtedness is paid in full.

DATED this _9th_ day of _Feb_, 2004.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

APPROVED:

DAVID C. IGLESIAS
United States Attorney

*[signature]*

JOHN ZAVITZ
Assistant U. S. Attorney

*[signature]*

Dale R. Rugge
Jeffries, Rugge & Rosales, P.C.
901 Rio Grande
Boulevard NW, Suite G-250
Albuquerque, NM  87104


_____
Quinn C. Chandler, Esq.
Chandler & Chandler, P.C.
5646 Milton Street, Suite 734
Dallas, Texas 75206

APPROVED:

DAVID C. IGLESIAS
United States Attorney

_____
JOHN ZAVITZ
Assistant U. S. Attorney

_____
Dale R. Rugge
Jeffries, Rugge & Rosales, P.C.
901 Rio Grande
Boulevard NW, Suite G-250
Albuquerque, NM 87104


Quinn C. Chandler, Esq.
Chandler & Chandler, P.C.
5646 Milton Street, Suite 734
Dallas, Texas 75206

**Principal borrowed:** $20000.00
**Annual Payments:** 12 **Total Payments:** 61
**Annual interest rate:** 1.35% **Periodic interest rate:** 0.1125%
**Regular Payment amount:** $264.39 **Final Balloon Payment:** $5000.00
*The following results are estimates which do not account for values being rounded to the nearest cent. See the amortization schedule for more accurate values.*
**Total Repaid:** $20863.40
**Total Interest Paid:** $863.40
**Interest as percentage of Principal:** 4.317%

| Pmt | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 1 | 241.89 | 22.50 | 241.89 | 22.50 | 19758.11 |
| 2 | 242.16 | 22.23 | 484.05 | 44.73 | 19515.95 |
| 3 | 242.43 | 21.96 | 726.48 | 66.69 | 19273.52 |
| 4 | 242.71 | 21.68 | 969.19 | 88.37 | 19030.81 |
| 5 | 242.98 | 21.41 | 1212.17 | 109.78 | 18787.83 |
| 6 | 243.25 | 21.14 | 1455.42 | 130.92 | 18544.58 |
| 7 | 243.53 | 20.86 | 1698.95 | 151.78 | 18301.05 |
| 8 | 243.80 | 20.59 | 1942.75 | 172.37 | 18057.25 |
| 9 | 244.08 | 20.31 | 2186.83 | 192.68 | 17813.17 |
| 10 | 244.35 | 20.04 | 2431.18 | 212.72 | 17568.82 |
| 11 | 244.63 | 19.76 | 2675.81 | 232.48 | 17324.19 |
| 12 | 244.90 | 19.49 | 2920.71 | 251.97 | 17079.29 |
| 13 | 245.18 | 19.21 | 3165.89 | 271.18 | 16834.11 |
| 14 | 245.45 | 18.94 | 3411.34 | 290.12 | 16588.66 |
| 15 | 245.73 | 18.66 | 3657.07 | 308.78 | 16342.93 |
| 16 | 246.00 | 18.39 | 3903.07 | 327.17 | 16096.93 |
| 17 | 246.28 | 18.11 | 4149.35 | 345.28 | 15850.65 |
| 18 | 246.56 | 17.83 | 4395.91 | 363.11 | 15604.09 |
| 19 | 246.84 | 17.55 | 4642.75 | 380.66 | 15357.25 |
| 20 | 247.11 | 17.28 | 4889.86 | 397.94 | 15110.14 |
| 21 | 247.39 | 17.00 | 5137.25 | 414.94 | 14862.75 |
| 22 | 247.67 | 16.72 | 5384.92 | 431.66 | 14615.08 |
| 23 | 247.95 | 16.44 | 5632.87 | 448.10 | 14367.13 |
| 24 | 248.23 | 16.16 | 5881.10 | 464.26 | 14118.90 |
| 25 | 248.51 | 15.88 | 6129.61 | 480.14 | 13870.39 |
| 26 | 248.79 | 15.60 | 6378.40 | 495.74 | 13621.60 |
| 27 | 249.07 | 15.32 | 6627.47 | 511.06 | 13372.53 |
| 28 | 249.35 | 15.04 | 6876.82 | 526.10 | 13123.18 |
| 29 | 249.63 | 14.76 | 7126.45 | 540.86 | 12873.55 |
| 30 | 249.91 | 14.48 | 7376.36 | 555.34 | 12623.64 |
| 31 | 250.19 | 14.20 | 7626.55 | 569.54 | 12373.45 |
| 32 | 250.47 | 13.92 | 7877.02 | 583.46 | 12122.98 |


GOVERNMENT EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 33 | 250.75 | 13.64 | 8127.77 | 597.10 | 11872.23 |
| 34 | 251.03 | 13.36 | 8378.80 | 610.46 | 11621.20 |
| 35 | 251.32 | 13.07 | 8630.12 | 623.53 | 11369.88 |
| 36 | 251.60 | 12.79 | 8881.72 | 636.32 | 11118.28 |
| 37 | 251.88 | 12.51 | 9133.60 | 648.83 | 10866.40 |
| 38 | 252.17 | 12.22 | 9385.77 | 661.05 | 10614.23 |
| 39 | 252.45 | 11.94 | 9638.22 | 672.99 | 10361.78 |
| 40 | 252.73 | 11.66 | 9890.95 | 684.65 | 10109.05 |
| 41 | 253.02 | 11.37 | 10143.97 | 696.02 | 9856.03 |
| 42 | 253.30 | 11.09 | 10397.27 | 707.11 | 9602.73 |
| 43 | 253.59 | 10.80 | 10650.86 | 717.91 | 9349.14 |
| 44 | 253.87 | 10.52 | 10904.73 | 728.43 | 9095.27 |
| 45 | 254.16 | 10.23 | 11158.89 | 738.66 | 8841.11 |
| 46 | 254.44 | 9.95 | 11413.33 | 748.61 | 8586.67 |
| 47 | 254.73 | 9.66 | 11668.06 | 758.27 | 8331.94 |
| 48 | 255.02 | 9.37 | 11923.08 | 767.64 | 8076.92 |
| 49 | 255.30 | 9.09 | 12178.38 | 776.73 | 7821.62 |
| 50 | 255.59 | 8.80 | 12433.97 | 785.53 | 7566.03 |
| 51 | 255.88 | 8.51 | 12689.85 | 794.04 | 7310.15 |
| 52 | 256.17 | 8.22 | 12946.02 | 802.26 | 7053.98 |
| 53 | 256.45 | 7.94 | 13202.47 | 810.20 | 6797.53 |
| 54 | 256.74 | 7.65 | 13459.21 | 817.85 | 6540.79 |
| 55 | 257.03 | 7.36 | 13716.24 | 825.21 | 6283.76 |
| 56 | 257.32 | 7.07 | 13973.56 | 832.28 | 6026.44 |
| 57 | 257.61 | 6.78 | 14231.17 | 839.06 | 5768.83 |
| 58 | 257.90 | 6.49 | 14489.07 | 845.55 | 5510.93 |
| 59 | 258.19 | 6.20 | 14747.26 | 851.75 | 5252.74 |
| 60 | 258.48 | 5.91 | 15005.74 | 857.66 | 4994.26 |
| 61 | *4994.26 | 5.62 | 20000.00 | 863.28 | 0.00 |

*The final payment has been adjusted to account for payments having been rounded to the nearest cent.